IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CTD NETWORKS, LLC,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>GOOGLE, LLC,<br>　　　　*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | W-22-CV-01042-XR |

## ORDER

　　The Clerk is **DIRECTED** to **STRIKE** Plaintiff's second amended complaint (ECF No. 38). By **GRANTING IN PART** and **DENYING IN PART** Plaintiff's motion for leave to file a second amended complaint *in accordance with the limitations stated in open court* and *the timeline proposed by the parties, which shall supersede all deadlines in the existing scheduling order*, the Court intended to grant Plaintiff leave to file a second amended complaint, but not the version attached to Plaintiff's motion. Instead, the Court intended to grant Plaintiff leave to file the version of the second amended complaint *discussed in open court* and *filed in accordance with a briefing schedule that has yet to be submitted*.

　　Accordingly, Plaintiff's Second Amended Complaint (ECF No. 38) is hereby **STRICKEN**.

　　It is so **ORDERED**.

　　**SIGNED** this 10th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE